**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**MARIE L. HENRY, as guardian, parent, next of kin, and for and on behalf of M.E. Henry-Robinson, a minor**

    **Plaintiff,**

v.                                              **Case No: 5:13-cv-528-Oc-10PRL**

**CITY OF MT. DORA, BRETT LIVINGSTON and L. SEVERANCE**

    **Defendants.**

## ORDER

This case comes before the Court for consideration of Defendants Livingston and Severence's Unopposed Motion to Seal Arrest Report and Order of Adjudication (Doc. 25). Defendants wish to file these documents under seal, as they include the minor Plaintiff's juvenile justice records which are governed by Florida Statute § 985.04. This section provides that information obtained under the juvenile justice chapter "is confidential and may be disclosed only to the authorized personnel of the court, the [juvenile justice] department and its designees, [and other authorized personnel]." Fla. Stat. § 985.04(1). Defendants intend the sealed documents to be exhibits in support of their renewed motion to dismiss, filed on April 28, 2014.[1]

Upon due consideration, and in accordance with Local Rule 1.09, Defendants' Motion to Seal Arrest Report and Order of Adjudication (Doc. 25) is GRANTED. Defendants are directed

---

[1] As explained in the Court's Order dated April 21, 2014 (Doc. 24), Defendants previously filed these documents as exhibits in support of their motion to dismiss, but the documents and prior motion were stricken due to the confidentiality requirements of Fla. Stat. § 985.04.

to provide the documents to be sealed, identified as Exhibits A and B, to the Clerk's Office, and the Clerk is directed to take all steps necessary to effectuate the filing of the documents under seal. The documents shall remain sealed during the pendency of this action, including on appeal, if applicable.

    **DONE** and **ORDERED** in Ocala, Florida on May 8, 2014.

                                                   PHILIP R. LAMMENS
                                                 United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties