## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**MARIE L. HENRY, as guardian, parent,
next of kin, and for and on behalf of M.E.
Henry-Robinson, a minor**

      **Plaintiff,**

**v.**                                                    **Case No: 5:13-cv-528-Oc-10PRL**

**CITY OF MT. DORA, BRETT
LIVINGSTON and L. SEVERANCE**

      **Defendants.**

---

### ORDER

This cause is before the Court for consideration of Defendants' Unopposed Motion to Seal Pursuant to Order (Doc. 30), and Unopposed Motion to Remove Documents from Court File (Doc. 31).   As previously discussed in the Court's Order entered May 12, 2014 (Doc. 28), Defendants have been granted leave to file documents in support of their motion to dismiss under seal (including juvenile justice records pertaining to the minor Plaintiff).   Rather than providing the documents to be sealed to the Clerk's office, as directed in the Court's prior Order, Defendants attached the documents to a renewed motion (Doc. 30) and filed both with the Court's CM/ECF system.   Defendants then filed an unopposed motion (Doc. 31) stating that the documents were filed inadvertently, and requested that the documents be removed from the Court's file.

Accordingly, upon due consideration, Defendant's Unopposed Motion to Seal (Doc. 30) is GRANTED.   As previously instructed, Defendants shall provide the documents to be sealed in paper format directly to the Clerk's office, and the Clerk is directed to take all steps necessary to effectuate the filing of the documents under seal in accordance with the Court's Order of May 12,

2014 (Doc. 28).   The documents shall remain sealed during the pendency of this action, including on appeal, if applicable.   Defendants' Unopposed Motion to Remove Documents from Court File (Doc. 31) is GRANTED, the documents (identified as Docs. 30-1 and 30-2) are hereby STRICKEN, and the Clerk is directed to permanently remove them from the Court's CM/ECF system.

       **DONE** and **ORDERED** in Ocala, Florida on May 20, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties