# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

MARIE L. HENRY,

    Plaintiff,

v.                                    Case No: 5:13-cv-528-Oc-30PRL

CITY OF MT. DORA, BRETT
LIVINGSTON and L. SEVERANCE,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal With Prejudice Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure (Dkt. #61). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of February, 2015.

                                             JAMES S. MOODY, JR.
                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\OCALA\13-cv-528 dismiss 61.docx